**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ALEX ACEVEDO, *individually and on behalf of others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BRICKLANE JERSEY CITY LLC, SATINDER SHARMA, and AJIT BAINS,<br><br>*Defendants*. | Civil Action No. 25-2018<br><br>**ORDER**<br><br>August 13, 2026 |

**SEMPER**, District Judge.

**THIS MATTER** comes before the Court upon the Motion for Default Judgment (ECF 8) filed by Plaintiff Alex Acevedo ("Plaintiff"). Plaintiff alleges that Defendants Bricklane Jersey City LLC, Satinder Sharma, and Ajit Bains (collectively, "Defendants") failed to pay Plaintiff and other similarly situated individuals the minimum wage required by statute under the Fair Labor Standards Act ("FLSA") and New Jersey State Wage and Hour Law ("NJWHL"). For the reasons stated in this Court's Opinion dated August 13, 2026,

**IT IS** on this **13th** day of **August 2026** hereby:

1. **ORDERED** that Plaintiff's Motion for Default Judgment (ECF 8) is hereby **DENIED**; and it is further;
2. **ORDERED** that Plaintiff is instructed to file supplemental briefing on the issue of damages to address the deficiencies stated in this Court's Opinion within thirty (30) days of this Order.

**SO ORDERED.**

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

Orig: Clerk
cc: André M. Espinosa, U.S.M.J.
Parties